**Order entered October 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01196-CV

**WANDA LEE BOWLING, Appellant**

**V.**

**LESTER JOHN DAHLHEIMER, JR., ET AL., Appellees**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51274-2015**

## ORDER

On the Court's own motion, we **ORDER** the appeal docketed as appellate cause number 05-16-01202-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-16-01196-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-16-01202-CV to appellate cause number 05-16-01196-CV. Henceforth, all documents shall bear appellate cause number 05-16-01196-CV.

/s/ ELIZABETH LANG-MIERS
JUSTICE